ELIZA C. NORTHRUP, Respondent, *v.* THE AMERICAN EXCHANGE NATIONAL BANK, Appellant.

(Argued January 16, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 30, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

*L. B. Bunnell* for appellant.

*John C. McCartin* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., and VANN, J., not sitting.
Judgment affirmed.